IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KEITH V. MCFARLAND                                                                     PLAINTIFF

v.                   Civil No. 08-3067

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                          DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of December 4, 2008.

Plaintiff's in forma pauperis application will be returned without filing because the application requires further clarification. On his application, plaintiff lists his wife as a dependent, but states that he does not contribute to her support. Because plaintiff is married, he is required to include his wife's employment and earnings information on his application. Accordingly, plaintiff is hereby directed to file an amended application on or before December 22, 2008. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

**Service shall not issue in this matter until a completed *in forma pauperis* application has been returned to the court.**

IT IS SO ORDERED this 8th day of December 2008.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 08 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE