IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KEITH V. MCFARLAND                                                              PLAINTIFF

v.                              Civil No. 08-3067

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## ORDER

On the 18th day of December 2008, plaintiff submitted a perfected request for leave to proceed *in forma pauperis*. (Doc.# 3). IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of December 4, 2008. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Michael B. Mukasey, U.S. Attorney General, and Claude Hawkins, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED on this the 18th day of December 2008.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 1 8 2008
CHRIS R. JOHNSON, CLERK
BY
  DEPUTY CLERK

/s/ *[signature]*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)